## MARICULTURE PRODUCTS LTD. *v.* THOSE CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON INDIVIDUALLY SUBSCRIBING TO CERTIFICATE NO. 1395/91 ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 84 Conn. App. 688 (AC 23194), is denied.

*John W. Cannavino* and *Robert J. Sickinger*, in support of the petition.

*Steven D. Ecker* and *James R. Smart*, in opposition.

Decided December 8, 2004

## STATE OF CONNECTICUT *v.* LEO F. RITROVATO

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 575 (AC 23189), is granted, limited to the following issues:

"Did the Appellate Court properly conclude that: (1) the trial court did not improperly preclude the defendant's evidence regarding the victim's prior sexual conduct; and (2) the prosecutorial misconduct did not violate the defendant's right to a fair trial?"

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17323.

*G. Douglas Nash*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided December 8, 2004